**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6423**

─────────────

UNITED STATES OF AMERICA,

                                           Plaintiff - Appellee,

       versus

ROBERT LAWRENCE PAYNE,

                                           Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-90-20-R, CA-96-920-R)

─────────────

Submitted: August 25, 1998        Decided: October 5, 1998

─────────────

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Robert Lawrence Payne, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Payne, No. CR-90-20-R, CA-96-920-R (W.D. Va. Mar. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2